FILED: October 8, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1616
(1:14-cv-00333-CCE-JEP)

_____

THOMAS H. KRAKAUER, on behalf of a class of persons

    Plaintiff - Appellee

v.

DISH NETWORK, LLC

    Defendant - Appellant

-------------------------------

LAWYERS FOR CIVIL JUSTICE

    Amicus Supporting Appellant

_____

O R D E R
_____

The court grants the motion to suspend briefing pending resolution of the motion to dismiss.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk