

| | |
|---|---|
| 1055 Thomas Jefferson St. NW Suite 540<br>Washington, DC 20007<br>Tel: 202.463.2101<br>Fax: 202.463.2103 | **John W. Barrett**<br>jbarrett@baileyglasser.com |

January 20, 2023

**Via CM/ECF**

Patricia S. Connor
Clerk of Court
U.S. Court of Appeals for the Fourth Circuit
Lewis F. Powell, Jr. U.S. Courthouse Annex
1100 East Main Street, Suite 501
Richmond, Virginia 23219

      Re:    *Krakauer v. Dish Network LLC*, No. 21-1616

Dear Ms. Connor:

    I am writing to inquire as to the status of this appeal. The Appellant, Dish Network LLC, filed its opening brief on August 9, 2021. ECF No. 29. On October 7, 2021, Plaintiff-Appellee filed a motion to dismiss for lack of jurisdiction. ECF No. 32. Plaintiff also filed, and the Court granted, a motion to suspend briefing pending the disposition of the motion to dismiss. ECF Nos. 33, 35. On November 8, 2021, Dish Network filed its response in opposition to Plaintiff's motion to dismiss, ECF No. 38, and Plaintiff filed a reply on November 29, 2021. ECF No. 41.

    With the motion to dismiss being fully briefed, I am writing to respectfully request a status report or update on this matter.

    Thank you, and should you have any questions please contact me.

                                            Respectfully,

                                            John W. Barrett

JWB/md

cc:    Counsel of Record via CM/ECF