FILED: August 3, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1616
(1:14-cv-00333-CCE-JEP)
_____

THOMAS H. KRAKAUER, on behalf of a class of persons

  Plaintiff - Appellee

v.

DISH NETWORK, LLC

  Defendant - Appellant

-------------------------------

LAWYERS FOR CIVIL JUSTICE

  Amicus Supporting Appellant

_____

O R D E R
_____

Upon consideration of the joint motion for limited remand and to hold the appeal in abeyance, the court grants the motion, remands this case to the district court for the limited purpose of finalizing the district court's approval of the parties'

class action settlement agreement and places this case in abeyance pending a final order from the district court approving the parties' class action settlement agreement and authorizing the disbursement of funds to DISH Network, LLC.

The clerk shall forward a copy of this order, accompanied by a copy of the motion to remand, to the district court. This appeal shall remain on the active docket of this court and the parties shall file a status report on September 5, 2023, and every 30 days thereafter, and shall immediately notify this court when the district court proceedings have concluded.

        For the Court

        <u>/s/ Patricia S. Connor, Clerk</u>